DIANE M. LUCAS, P.C.
Diane M. Lucas, SBA #012957
2901 North Central Avenue, Suite 1120
Phoenix, Arizona 85012
Telephone: 602-264-0085
Facsimile:  602-264-0089
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Case No.: CV 10-610-TUC-JMR |
| Plaintiff, | **JUDGMENT BY DEFAULT** |
| v. | |
| CONI REBARCAK AND JEFF REBARCAK, husband and wife, individually and d/b/a/ R3 Holdings, LLC, a Colorado Limited Liability Company, ABC Corporations I-100, XYZ Partnerships I-100-, and Defendants Doe 1-10. | (Assigned to the Honorable John M. Roll) |
| Defendants. | |

Plaintiff having filed an Application and Affidavit on default pursuant to Rule 55, Federal Rules of Civil Procedure, and default having been entered by Clerk of the Court in this matter, the Court finds as follows"

1. Defendants were properly served with a Summons and Complaint in this action.

2. Defendants failed to appear and plead within the time allowed by law.

3. Default was duly entered against Defendants Coni and Jeff Rebarcak by the Clerk of Court as provided by law.

4. Default became effective upon Defendants' failure to plead or otherwise defend within ten days of the filing of the entry of default.

5. The judgment amount herein is a sum certain.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Granting judgment in favor of Plaintiff and against Defendants Coni and Jeff Rebarcak in the principal sum of $812, 715.59, plus interest thereon on the rate of 10% per annum from the date of this judgment until paid in full;

2. Granting judgment in favor of Plaintiffs and against Defendants Coni and Jeff Rebarcak for Plaintiff's costs incurred to date in the amount of $380.00, plus interest thereon at the rate of 10% per annum from the date of this judgment until paid in full, plus attorney's fees in the amount of $6,692.00.

DONE IN OPEN COURT this _____ day of _____, 2011.

_____
Honorable