UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company<br>Plaintiff(s)<br><br>vs<br><br>Coni Rebarcak<br>Jeff Rebarcak<br>Defendant(s) | Case No:10-CV-610-TUC-AWT<br><br>**DEFAULT ENTRY BY CLERK** |

   Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered as to each of the named Defendants: Coni Rebarcak and Jeff Rebarcak.

**DEFAULT ENTERED** this 11th day of February 2011.

                              RICHARD H. WEARE, CLERK
                              UNITED STATES DISTRICT COURT

                              BY: s/Shannen Beckman
                                  Deputy Clerk