IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>            Plaintiff,<br><br>vs.<br><br>Coni Rebarcak and Jeff Rebarcak, et al.,<br><br>            Defendants. | No. CV 10-610-TUC-AWT<br><br>**ORDER** |

Pending is Plaintiff's Motion to Change Venue (Doc. 10) in which it requests that this action be transferred from Tucson Division to Phoenix Division.[1] Plaintiff originally filed this action in Phoenix Division. The Clerk of Court subsequently transferred the case to Tucson Division because the underlying lawsuit involving the parties was filed in Superior Court in Pima County. Plaintiff requests that this action be transferred back to Phoenix Division for the convenience of the parties and in the interest of justice.

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." This action could have been brought, and in fact was

---

[1] Defendants have yet to appear in this matter and have not filed a response to Plaintiff's motion.

brought, in Phoenix Division. Furthermore, A change of venue from Tucson Division to Phoenix Division is appropriate for the convenience of the parties and in the interest of justice. Plaintiff State Farm has its central campus in Tempe, Arizona, and the insurance adjusters assigned to this case are located in Maricopa County. Plaintiff's counsel is also located in Phoenix. Furthermore, none of the defendants in this case reside in Arizona and therefore would not be disadvantaged by a change of division in this District. Coni and Jeff Rebarcak currently reside in Illinois, and Corporate Defendant R3 Holdings LLC, owned by Jeff Rebarcak, is believed to be a Colorado corporation. Finally, the underlying lawsuit filed in Pima County Superior Court–the reason this case was originally transferred to Tucson Division–has since been resolved by way of settlement.

Accordingly,

**IT IS ORDERED:**

(1) Plaintiff's Motion to Change Venue (Doc. 10) is **granted**.

(2) This case is transferred to the Phoenix Division.

(3) The Clerk of the Court, Phoenix Division, shall assign a new case number and shall notify the parties accordingly.

DATED this 10th day of February, 2011.

Raner C. Collins
United States District Judge